12m. 5002 - JCB

## AFFIDAVIT

I, Geoffrey J. Kelly, being duly sworn, state that the following is true to the best of my knowledge, information and belief:

1. My name is Geoffrey J. Kelly and I am employed as a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed for sixteen years. Since February 1996, I have been assigned to the Boston Division and I am currently stationed at the Lakeville Resident Agency in Lakeville, Massachusetts. As an FBI agent, I have directed, conducted, and participated in many investigations of criminal violations of various federal laws. During the course of these investigations, I have executed search and arrest warrants, utilized informants, interviewed witnesses, and conducted surveillances. Additionally, I am authorized to investigate violations of the laws of the United States and I am a law enforcement officer with the authority to execute federal search warrants. I have conducted and participated in numerous search warrants, arrests and trials. Among my responsibilities is the investigation of crimes involving interstate extortion and the interstate mailing of threatening and extortionate communications.

2. I make this affidavit in support of an application for the issuance of an arrest warrant and complaint charging Phillip Andrew Bauer, (hereinafter "BAUER"), year of birth 1979, with a violation of Title 18 United States Code, Section 876(b). Based on my training and experience, I am aware that Title 18 United States Code, Section 876(b), makes it a federal offense for anyone with the intent to extort from any person any money or other thing of value, so deposits, or causes to be delivered, any communication containing any threat to injure the person of the addressee or of another. As detailed in the following paragraphs, I have probable cause to believe that BAUER sent threatening and extortionate communications demanding ransom or reward through the United States Postal Service to particular individuals.

3. This affidavit is being submitted for a limited purpose of establishing probable cause. In submitting this affidavit, I have attempted to summarize the most relevant facts that establish the probable cause necessary for the issuance of the arrest warrant and complaint.
Therefore, I have not included the details of every aspect of this investigation. Additionally, where conversations or statements are related herein, they are related in substance and in pertinent part. This affidavit does not attempt to reference or recite each and every relevant fact

of which I am currently aware. The information contained in this affidavit is based upon my own personal investigation as well as on information obtained by me from others who are also involved in this investigation.

4. I am currently involved in an ongoing investigation concerning BAUER. Through my investigation I have learned that BAUER is a Canadian citizen who is residing in the United States illegally. BAUER is currently in custody and there is an immigration detainer in place with the Bureau of Immigration and Customs Enforcement ("ICE").[1] BAUER is facing deportation back to Canada.

5. BAUER and his ex-fiancé, hereinafter S.B., were engaged to be married and were living in Arlington, Massachusetts. On or about February 12, 2011, BAUER and S.B. got into an argument at their Arlington residence over their upcoming nuptuals, at which time BAUER threatened to kill S.B. if she ever left him. BAUER also threatened to cut off S.B.'s head if she contacted the police and had him deported. Fearing for her safety, S.B. left their Arlington residence at that time. The following day, she flew to California to live with her sister, hereinafter J.P., in California.

6. On or about February 16, 2011, BAUER was arrested by the Arlington, Massachusetts, Police Department for charges of threats and domestic assault and battery against S.B. Subsequent to his arrest, BAUER was placed into custody with ICE in Boston, Massachusetts. BAUER has been held in state custody since that time. At the time he sent the letters, BAUER was being held at the Plymouth County Correctional Facility ("PCCF"), located at Long Pond Road, Plymouth, Massachusetts.

7. On or about February 18, 2011, S.B. obtained a temporary restraining order against BAUER from a Superior Court in the state of California. Per court documents which I have reviewed, the order demanded that BAUER have no contact with S.B. as well as a number of her relatives, including her father, hereinafter F.B., and her mother, hereinafter C.B.

8. I have reviewed a document from the Plymouth County Sheriff's Process Office,

---

[1] BAUER is awaiting trial on state charges out of Middlesex County, Massachusetts for offenses involving the same or similar underlying events. Additionally, he has already been convicted out of Suffolk County, Massachusetts, on state charges for offenses involving the same or similar underlying events.

Plymouth, Massachusetts, which confirms that BAUER was served with this temporary restraining order on February 25, 2011, while in custody at PCCF.

9. Additionally, I have reviewed a permanent restraining order issued against BAUER on March 30, 2011, out of the same Superior Court in California. J.P., referenced in ¶5 above, is also listed on that order as one of the individuals with whom BAUER is to have no contact. That order is in effect until March 30, 2016.

10. In furtherance of this investigation, I have interviewed S.B. and J.P. J.P provided the FBI with copies of letters and electronic mails ("e-mails') that members of her family, including herself, have received from BAUER. I have reviewed those letters. One such letter was sent via United States mail from BAUER at PCCF to S.B.'s father, F.B., in Washington, D.C. A stamp on the envelope indicates that it was received on April 25, 2011, at 3:02 PM. In the letter, BAUER writes the following:

> "This letter has been sent to [F.B.], [C.B.] and [S.B's step-father, hereinafter R.S.]. By the time you read this letter I will be in Canada. [F.B's] attempts at making amends the have failed. His pathetic offer of "one years rent paid" is a joke and an insult...To fix what was done to me I would like to borrow $50,000 so I can go to school and get a life . . .Don't worry though, [S.B.'s sister, hereinafter M.B.] isn't one of the two will die if I am not paid what is owed to me...What you took will be returned to me with interest. Or is what you took more valuable than the lives of two of your daughters? If I am put in jail when I get to Canada may God have mercy on the lives I take. If I am not put in jail I will mail all three of you my bank account number so you can save the lives of two people. You will also send me all of the jewelry in my safe deposit box and all of the jewelry in [S.B.'s] place, including all engagement and wedding rings. I will provide a P.O. Box address along with my bank information . . . I have already made arrangements to come back here because I know you won't pay but I will give you three one chance to stop me. $50,000 cash. Spending the rest of my life in prison is    better than being 32 with no education . . .P.S. After I kill the two girls I am coming after you [R.S.]"

11. Another letter was sent via United States mail from BAUER at the PCCF to S.B. at her previous address in Arlington, Massachusetts, and was forwarded by the U.S. Postal Service to S.B. to her out of state address. S.B. informed me that BAUER was aware that she had left the state to live with relatives in New York or California and that he mailed the letter to Arlington, Massachusetts, with the intention that it would be forwarded to her new residence, which he did not know. The envelope for that letter is post-marked March 17, 2011. In the letter, BAUER writes the following:

> "If you don't contact this jail and ask them where you need to send my identification I will be here until July! If that happens, what do you think I am going to do when I get outa here?! You will send my birth certificate and social card ASAP. I have sent multiple letters with no response. I am getting angrier every day. Do you think some imaginary line on a map is going to stop me from coming? It is in your best interest to help me."

12. Another letter was sent via United States mail from BAUER and addressed to J.P. at her out of state address. Per J.P., the letter was received by her on or about April 20, 2011, and was post-marked March 30, 2011. In the letter, BAUER writes the following:

> "Did you know that Vancouver is close to California? It wouldn't take long to come and visit you. All of you took [S.B.] away from me, had me arrested, stole my money, put me in jail and soon to be deported and homeless at 32 years of age. Do you think I am going to let that happen without making two of the sister's pay? All of you ruined my life I am going to ruin two of the [F.B.'s] daughters lives. You can take my letters to a judge and put me in jail longer, you can also put me in jail in Canada but it won't save you. When I get out, two of you will pay. The only way to stop this is to return the money you stole from em ten fold. As well as sending me everything that was in my safe deposit box, including [S.B.'s] rings. Your father gave me an offer of paying my rent for a year. That is the value he has on two of his daughters. He gave [F.B.'s ex-wife] $50,000 to leave him but to save two of you he won't pay more than a years rent. That moment when all of you talked [S.B.] into calling the cops was the exact moment two of you ended. See you soon. 30 days? 6 months? 1 year? Time is on my side."

13. I have also reviewed copies of e-mails that were sent by BAUER from his e-mail account (beerismygod@yahoo.com), including an e-mail sent to F.B. on February 16, 2011, at 1:59 PM PST. In the email, BAUER writes the following:

> "You will have [S.B.] put my money back into my account.
> To lose a daughter for only 10k?...Don't be stupid.
> You're fucking with someone who has nothing to lose.
> You will return my money.
> I have everyones addresses."

14. Based on the foregoing, I submit there is probable cause to believe that Phillip Andrew BAUER, with the intent to extort from any person any money or other thing of value, deposited, or caused to be delivered, any communication containing any threat to injure the person of the addressee or of another , in violation of Title 18, United States Code, Section 876(b).

Geoffrey J. Kelly
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this 23rd day of January, 2012.

JUDITH G. DEIN
U.S. MAGISTRATE JUDGE